# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

May 1, 2017

**Via CM/ECF**
Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

 RE: 14-cv-06956 *Velez v. 111 Atlas Restaurant Corp, et al.*
 *Request to stay proceeding as a result of proposed settlement*

Dear Judge Brodie,

 We are counsel for the defendants in the above-referenced matter.

 We are pleased to write to inform the court that the parties have reached a resolution in principal and ask that your Honor stay any further decision for 30 days on Magistrate Judge Pollak's Report & Recommendations. [Dkt. No. 76] and our objections thereto to allow the parties to work on a formal agreement.

 Please do not hesitate to contact the undersigned with any questions or concerns.

 Respectfully submitted,

 */s/ Lawrence Morrison*
 Lawrence F. Morrison

CC: C.K. Lee via CM/ECF