UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EUGENIO ROJAS VELEZ, et al.,

           Plaintiff,

-against-

111 ATLAS RESTAURANT CORP., et al.,

           Defendants.

---

Case No. 14-CV-6956

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: _____
Eric Su, Esq.
Ford & Harrison LLP
One Grand Central Place
60 East 42nd Street, Suite 5100
New York, NY 10165
Telephone:(212)-453-5900
Fax: (212)-453-5959
esu@fordharrison.com

Date: 6-21-17

For the Plaintiffs:

By: _____
Anne Seelig, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 661-0052
Fax: (212) 465-1181
anne@leelitigation.com

Date: 6-21-17

SO ORDERED:
s/ MKB 6/22/2017

_____
MARGO K. BRODIE
United States District Judge